UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MR. LOVES LAWN CARE, LLC,

    Plaintiff,

v.                                  Case No:   5:24-cv-00718-JLB-PRL

ATTORNEY GENERAL MERRICK
GARLAND, JANET L. YELLEN, U.S.
DEPARTMENT OF THE TREASURY,
ANDREA GACKI, and FINCEN,

    Defendants.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. 6), recommending that Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) be **DENIED** and that Plaintiff be given a period of 30 days to obtain licensed counsel admitted to practice in this Court and have said counsel file an appearance. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

3. Plaintiff is granted until November 20, 2025, to obtain licensed counsel admitted to practice in this Court and have said counsel file an appearance. If Plaintiff fails to do so, this Court may dismiss the case without further notice for failure to prosecute.

**ORDERED** in Ocala, Florida, on October 22, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE